IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSE LUIS COLON CRUZ | : | |
| | : | CA 06-355T |
| v. | : | CR-05-042T |
| | : | |
| UNITED STATES OF AMERICA | : | |

**MOTION OF EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PETITIONER'S MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

Comes now, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and requests this Court to grant an extension of time until September 29, 2006 to respond to Petitioner's motion under 28 USC § 2255. In support of said motion, the government states that this Court entered an Order on August 15, 2006 giving the government until September 15, 2006 to respond. Within a week of receiving the Order, the government made efforts to secure a tape recording of the deportation hearing of the Petitioner which occurred on February 18, 1999 from the Executive Office for Immigration Review in Buffalo, New York. That recording was not received by the undersigned until the afternoon of September 13, 2006.

In the Second Ground alleged by Petitioner in support of his motion, Petitioner alleges he was denied an opportunity for judicial review. While the undersigned has listened to the recording, no transcript has been prepared. The government

expects to have a transcript by September 29, 2006. The government will state, however, that, contrary to Petitioner's claim, Petitioner was advised of this right to appeal and waived said right.

Based on the above, the government moves for a two week extension, September 29, 2006, within which to file its response to Petitioner's § 2255 motion.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

# CERTIFICATION OF SERVICE

On this 14th day of September, 2006, I caused the Motion for Extension of Time Within Which to Respond to Petitioner's Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Jose Luis Colon-Cruz
#04119-070
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700