Colon Cruz
950 High Street
Central Falls, RI 02863

October 30, 2005

Edward C. Roy, Jr., Esq.
10 Weybosset
Suite 300
Providence, RI 02903

Mr. Roy,

Enclosed with this letter, you'll find aletter giving notice to the Court of my desire to appeal. Please make sure you submit it and proceed with my appeal.

Also, I will be transferred to a new facility and upon my arrival I will submit a change of address to you.

Respectfully,

Colon Cruz / Defendant

David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette Dube
Chief Deputy Clerk

October 28, 2005

David DiMarzio, Clerk
United States District Court
One Exchange Terrace
Providence, RI 02903

Attention: Lucia Cristina Leyva, Deputy Clerk

Re: United States of America v. ____________________
CR No.______________

Dear Clerk:

This is to inform you that, on the date set forth below, I requested my attorney to file an appeal on my behalf with respect to the above case.

Sincerely,

Jose Colon

Defendant's signature

My attorney was informed
I wish to appeal on:

Date: 10-29-05

Colon Cruz
950 High Street
Central Falls, RI 02863

October 16, 2005

Edward C. Roy, Jr., Esq.
10 Weybosset street
Suite 300
Providence, RI 02903

Mr. Roy.

Greeting. Enclosed you will find objections to the Pre-Sentence Report (P.S.R.) I must have those issues removed from my P.S.R. before I go for sentencing. In addiction, there an addendum for the memorandum you will submit to the Court in aid of sentencing.

I respectfully request that you send me a copy of the memorandum you will submit to the court in aid of sentencing. This is the second time I ask for a copy.

Please be advised that I would not hesitate to denounce your conduct to the Bar Association. If you do not feel competent to represent me in this legal matter feel free to withdraw from my case (I want to avoid friction with you) However, my legal rights are being violated and you are not doing much to defend me. No only that, but also you are jeopardizing my defense by no giving me copy of my pleadagreement, which a requested long ago, and a copy of other legal documents.

Respectfully,

Colon Cruz/Defendant

Jose L. Colon Cruz
950 High Street
Central Falls, RI 02863

Oct. 8, 2005

Honorable Judged Ernest Torres
2 Exchange Terrace
John Pastore
Federal Building
Providence, RI 02903

**UNITED STATES V. JOSE L. COLON CRUZ**

Honorable Judge Ernest Torres.
Greeting. I must inform you before hand that my lawyer, Edward C. Roy, does not want to furnish me with a copy of the Pre-Sentence Report. He told me that he needs your permission to give me a copy of my P.S.R. Your Honor, my intention is not to teach you any statu of law. However, I want to point out to you that according to § 6A1.2 - **DISCLOSURE OF Pre-SENTENCE REPORT** - I am entitled to receive a copy or my P.S.R.

§ 6A1.2 Disclosure of pre-sentence report.
a) The probation officer must give the Pre-Sentence Report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period. **RULE 32 (e)(2). Fed. R. Crim. P.**

Your Honor, I, therefore, repectfully bring to your attention that my legal rights are being violated for I have not been given the opportunity to contend any issue found in the Pre-Sentence Report.

I respectfully request that you order my lawyer, Edward C. Roy, to furnish me with a copy of my P.S.R.

RESPECTFULLY,

Jose Colon

Jose L. Colon Cruz/Defendant

Colon Cruz
950 High Street
Central Falls, RI 02863

Sept. 12, 2005

Edward C. Roy
10 Weyboseet Street
Suite 300
Providence, RI 02903

UNITED STATES VS. CONLON CRUZ

Dear Mr. Roy.

Greeting. I respectfully request a copy of my plead agreement. In addition, I want to be furnished with a copy of my Pre-Sentence Report (P.S.R.) 20 days prior to my sentencing date; and a copy of any memorandum or motion submitted to the court on my behalf on aid of sentencing.

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.

Respectfully,

Colon Cruz/Defendant

June Maria Cutton
Notary Public
My Commission Expires
4/2/2006